*Brenden P. Leydon,* in support of the petition.

*Thomas R. Gerarde,* in opposition.

Decided May 16, 2001

STATE OF CONNECTICUT *v.* ERIC COHENS

The defendant's cross petition for certification for appeal from the Appellate Court, 62 Conn. App. 345 (AC 19366), is denied.

*David V. DeRosa,* special public defender, in support of the cross petition.

Decided May 30, 2001

STATE OF CONNECTICUT *v.* ERIC COHENS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 62 Conn. App. 345 (AC 19366), is denied.

*Christopher T. Godialis,* assistant state's attorney, in support of the petition.

*David V. DeRosa,* special public defender, in opposition.

Decided May 30, 2001

MARTIN P. HEISE *v.* BRUCE R. ROSOW

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 275 (AC 19596), is denied.

BORDEN, KATZ and ZARELLA, Js., did not participate in the consideration or decision of this petition.